DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By:     DAVID E. FARBER
        TARA SCHWARTZ
        Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2772 / 2633
E-mail: david.farber@usdoj.gov
        tara.schwartz@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NAHUM GILBERTO ORTIZ; DENNY MOLINA CANTOR; LUCAS PALACIOS ALVARADO; JEREMIAS LOPEZ LOPEZ; ELMER MOSCOSO GUERRA; and LUIS GONZALEZ CARBAJAL,<br><br>                    Plaintiffs,<br><br>                    v.<br><br>ORANGE COUNTY, NEW YORK; PAUL ARTETA, Sheriff of Orange County, in his official and individual capacity; CARL DUBOIS, former Sheriff of Orange County, in his individual capacity; KENNETH JONES, former Undersheriff of Orange County, in his individual capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and KENNETH GENALO, Acting ICE Field Office Director, in his official capacity,<br><br>                    Defendants. | 23 Civ. 2802 (VB) |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, defendants the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, and Kenneth Genalo (collectively, the "Federal Defendants"), by their attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby move this Court for an

order dismissing the complaint filed by plaintiffs against them pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Pursuant to the Court's scheduling order (ECF No. 36), plaintiffs' opposition shall be filed no later than August 7, 2023, and any reply shall be filed no later than August 14, 2023.

Dated:    July 7, 2023
           New York, New York

                            DAMIAN WILLIAMS
                            United States Attorney for the
                            Southern District of New York

By:   *s/ David E. Farber*
      DAVID E. FARBER
      TARA SCHWARTZ
      Assistant United States Attorneys
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Tel.:   (212) 637-2772 / 2633
      E-mail: david.farber@usdoj.gov
               tara.schwartz@usdoj.gov

TO:   Counsel for all parties (by ECF)