

New York Civil Liberties Union
125 Broad Street, 19th Fl.
New York, NY 10004
(212) 607-3300
www.nyclu.org

July 13, 2023

**VIA ECF**

Honorable Vincent L. Briccetti
United States District Judge
United States District Court
Southern District of New York
The Honorable Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

                Re:  *Ortiz v. Orange County*, 23-cv-2802 (VLB)

Dear Judge Briccetti:

      The plaintiffs in the above-referenced matter—six noncitizens whose advocacy about the conditions of their confinement at the Orange County Jail caused the defendants to retaliate against them—write in response to the Court's order that they notify the Court of whether they intend to file an amended complaint in response to the Federal Defendants' motion to dismiss or will rely on the complaint that is the subject of that motion. (ECF No. 41).

      The plaintiffs intend to rely on their complaint as originally filed, (ECF No. 7), and, pursuant to the Court's order of June 14, 2023, will submit their opposition to the Federal Defendants' motion on or before August 7, 2023, (ECF No. 36). In the meantime, the plaintiffs are prepared to proceed with discovery and respectfully request the Court schedule an initial case management and scheduling conference pursuant to Federal Rule of Civil Procedure 16.

Respectfully submitted,

*/s/ Amy Belsher*
Amy Belsher
Guadalupe Victoria Aguirre
Christopher Dunn
Antony Gemmell
125 Broad Street, 19th Floor
New York, N.Y. 10004
212-607-3300
abelsher@nyclu.org
gaguirre@nyclu.org
cdunn@nyclu.org
agemmell@nyclu.org


Samah Sisay
Astha Sharma Pokharel
Baher Azmy
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, N.Y. 10007
Tel: 212-614-6484
ssisay@ccrjustice.org
asharmapokharel@ccrjustice.org
bazmy@ccrjustice.org

Caitlin J. Sandley
Center for Constitutional Rights
P.O. Box 486
Birmingham, A.L. 35201
Tel: 212-614-6443
csandley@ccrjustice.org

Niji Jain
Kshithij Shrinath
The Bronx Defenders
360 E. 161st Street
Bronx, N.Y. 10451
Tel: 718-838-7878
nijij@bronxdefenders.org
kshrinath@bronxdefenders.org

*Counsel for the Plaintiffs*