UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

NAHUM GILBERTO ORTIZ, DENNY                  :
MOLINA CANTOR, JEREMIAS LOPEZ                :
LOPEZ, ELMER MOSCOSO GUERRA,                 :
AND LUIS GONZALEZ CARBAJAL,                  :
               Plaintiffs,                        :

v.                                          :

ORANGE COUNTY, NEW YORK; PAUL               :
ARTETA, SHERIFF OF ORANGE COUNTY,           :
in his official and individual capacities; CARL   :     **ORDER**
DUBOIS, FORMER SHERIFF OF ORANGE            :
COUNTY, in his individual capacity;         :     23 CV 2802 (VB)
KENNETH JONES, FORMER                        :
UNDERSHERIFF OF ORANGE COUNTY, in           :
his individual capacity; U.S. DEPARTMENT     :
OF HOMELAND SECURITY; U.S.                   :
IMMIGRATION AND CUSTOMS                      :
ENFORCEMENT; and KENNETH GENALO,            :
ACTING ICE FIELD OFFICE DIRECTOR, in        :
his official capacity,                       :
               Defendants.                       :
---------------------------------------------------------------x

2/20/24

     As discussed at a conference held today and attended by counsel for all parties, it is
HEREBY ORDERED:

     1.     By March 10, 2024, plaintiffs' counsel shall provide the proposed amended
complaint to counsel for the Orange County Defendants and counsel for the Federal Defendants.

     2.     By March 17, 2024, counsel for the Orange County Defendants and counsel for
the Federal Defendants shall inform plaintiffs' counsel whether their clients consent to plaintiffs
filing the proposed amended complaint.

     3.     If all parties consent, plaintiffs shall file the amended complaint by March 21,
2024, and, by April 4, 2024, plaintiffs' counsel shall respond to the Federal Defendants'
February 16, 2024, letter (Doc. #62) respecting the proper scope of discovery as to claims against
the Federal Defendants.

     4.     If all parties do not consent, plaintiffs shall move for leave to amend by March 21,
2024.  Opposition(s) are due April 4, 2024.

     5.     The next case management conference in front of Judge Briccetti is scheduled for
April 18, 2024, at 11:00 a.m.  The conference shall proceed in person at the White Plains

Courthouse, Courtroom 620.  The Court may adjourn this conference if the parties are unable to file an amended complaint on consent by March 21, 2024.

Dated:  February 20, 2024
        White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge