USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NAHUM GILBERTO ORTIZ; DENNY :
MOLINA CANTOR; LUCAS PALACIOS :
ALVARADO; JEREMIAS LOPEZ LOPEZ; :
ELMER MOSCOSO GUERRA; and LUIS :
GONZALEZ CARBAJAL, :
                Plaintiffs, :
                                      :
v. :
                                      : **ORDER**
ORANGE COUNTY, NEW YORK; PAUL :
ARTETA, in his individual and official : 23 CV 2802 (VB)
capacities; CARL DUBOIS, in his individual :
capacity; KENNETH JONES, in his individual :
capacity; U.S. DEPARTMENT OF :
HOMELAND SECURITY; U.S. :
IMMIGRATION AND CUSTOMS :
ENFORCEMENT; and KENNETH GENALO, :
in his official capacity, :
                Defendants. :
--------------------------------------------------------------x

      As discussed at a conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

      1.     By **July 25, 2024**, plaintiffs and the U.S. Department of Homeland Security ("DHS"); U.S. Immigration and Customs Enforcement ("ICE"); and Kenneth Genalo, Acting ICE Field Office Director (together with DHS and ICE, the "Federal Defendants") shall submit a stipulation and proposed order regarding the production and supplementation of the administrative record and plaintiffs' option to take two depositions, as discussed in the parties' July 5, 2024, letter. (Doc. #85).

      2.     By **August 1, 2024**, The Federal Defendants shall file a motion to dismiss for lack of subject matter jurisdiction pursuant to Rules 12(c), 12(b)(1), and 12(h)(3).

      3.     Plaintiffs' opposition to the Federal Defendants' motion to dismiss for lack of subject matter jurisdiction is due by **August 15, 2024**.

3. Plaintiffs' opposition to the Federal Defendants' motion to dismiss is due by **August 15, 2024**.

4. The Federal Defendants' reply is due by **August 29, 2024**.

Dated: July 11, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge