DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By:     DAVID E. FARBER
        TARA SCHWARTZ
        Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2772 / 2633
E-mail: david.farber@usdoj.gov
        tara.schwartz@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NAHUM GILBERTO ORTIZ; DENNY MOLINA CANTOR; LUCAS PALACIOS ALVARADO; JEREMIAS LOPEZ LOPEZ; ELMER MOSCOSO GUERRA; and LUIS GONZALEZ CARBAJAL,<br><br>Plaintiffs,<br><br>v.<br><br>ORANGE COUNTY, NEW YORK; PAUL ARTETA, Sheriff of Orange County, in his official and individual capacity; CARL DUBOIS, former Sheriff of Orange County, in his individual capacity; KENNETH JONES, former Undersheriff of Orange County, in his individual capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and KENNETH GENALO, Acting ICE Field Office Director, in his official capacity,<br><br>Defendants. | 23 Civ. 2802 (VB) |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the declaration of Joseph T. Pujol, the declaration of George P. Harvey, Jr., and the declaration of David E. Farber and the exhibits attached thereto, the defendants the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, and Kenneth Genalo

(collectively, the "Federal Defendants"), by their attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing the amended complaint filed by plaintiffs against them pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3). Pursuant to the Court's scheduling order (ECF No. 91), plaintiffs' opposition shall be filed no later than August 22, 2024, and any reply shall be filed no later than September 5, 2024.

Dated:  August 8, 2024
        New York, New York

                        DAMIAN WILLIAMS
                        United States Attorney for the
                        Southern District of New York


                By:     _s/ David E. Farber_____
                        DAVID E. FARBER
                        TARA SCHWARTZ
                        Assistant United States Attorneys
                        86 Chambers Street, 3rd Floor
                        New York, New York 10007
                        Tel.:   (212) 637-2772 / 2633
                        E-mail: david.farber@usdoj.gov
                                tara.schwartz@usdoj.gov

TO:   Counsel for all parties (by ECF)