UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
NAHUM GILBERTO ORTIZ; DENNY :
MOLINA CANTOR; LUCAS PALACIOS :
ALVARADO; JEREMIAS LOPEZ LOPEZ; :
ELMER MOSCOSO GUERRA; and LUIS :
GONZALEZ CARBAJAL, :
                Plaintiffs, :
 :
v. :
 :
ORANGE COUNTY, NEW YORK; PAUL :
ARTETA, in his individual and official :
capacities; CARL DUBOIS, in his individual :
capacity; KENNETH JONES, in his individual :
capacity; U.S. DEPARTMENT OF :
HOMELAND SECURITY; U.S. :
IMMIGRATION AND CUSTOMS :
ENFORCEMENT; and KENNETH GENALO, :
in his official capacity, :
                Defendants. :
--------------------------------------------------------------x

**ORDER**

23 CV 2802 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2024

    The Court having So Ordered the parties' Privacy Act Order and Protective Order dated August 23, 2024, which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: August 23, 2024
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge