UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Ortiz, et al,

                                         Plaintiffs,

        -against-

Orange County, New York, et al.,

                                         Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-2802 VB-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Discovery Conference (via telephone) is hereby scheduled for **June 11, 2025 at 11:30 am.**  The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.  At the Discovery Conference, the parties should be prepared to discuss the discovery issues raised in ECF No. 130 and 134

      **SO ORDERED.**

DATED:     White Plains, New York
                 June 4, 2025

                                                                          _____
                                                                          VICTORIA REZNIK
                                                                          United States Magistrate Judge