UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Ortiz, et al.,

                                    Plaintiffs,

            -against-

Orange County, New York et al,

                                  Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:23-cv-2802 VB-VR**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/2025

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Discovery Conference (via telephone) is hereby scheduled for **June 20, 2025 at 10:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. The purpose of this conference is to discuss the discovery dispute raised in the letter filed at DE #145.

      SO ORDERED.

DATED:    White Plains, New York
               June 13, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge