

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514 • PHONE (516) 334-4500 • FAX (516) 334-4501 • WWW.SOKOLOFFSTERN.COM

LEO DORFMAN
LDORFMAN@SOKOLOFFSTERN.COM

June 18, 2025

By ECF
Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601



Re: *Ortiz, et al. v. Orange County, et al.*
Docket No. 23-CV-2802 (VB)(VR)
File No.: 230094

Your Honor:

    We represent the Orange County Defendants ("Defendants"). We write pursuant to Your Honor's individual rules and with the consent of Plaintiffs' counsel seeking to adjourn the conference set for June 20, 2025 at 10:30 a.m. to the following week. Defendants' counsel will be out of the office on June 20, 2025, and unable to attend the conference. We conferred with Plaintiffs' counsel, and both sides are available on Wednesday, June 25, 2025 and Thursday, June 26, 2025. This is Defendants' first request to adjourn this date.

    Thank you for your consideration in this matter.

Respectfully submitted,

SOKOLOFF STERN LLP

*Leo Dorfman*

LEO DORFMAN
MARISSA EMBOLA

cc: All parties of record via ECF

Defendants' request is **GRANTED.** The conference is adjourned to Thursday, June 25, 2025, at 11:00 am. The parties are to dial in to the Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044 and then # to enter the conference. The Clerk of Court is respectfully directed to close out the gavel associated with ECF No. 149.

SO ORDERED.

*Victoria Reznik*
Hon. Victoria Reznik, U.S.M.J.

Dated: 6-18-25