

**SOKOLOFF STERN LLP**

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514  PHONE (516)334-4500  FAX (516)334-4501  WWW.SOKOLOFFSTERN.COM

MARISSA EMBOLA
MEMBOLA@SOKOLOFFSTERN.COM

November 7, 2025

**By ECF**
Hon. Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

**MEMO ENDORSED**

Re: *Ortiz et al. v. Orange County,*
23-CV-2802 (VLB)(VR)

Your Honor:

    We represent the Orange County Defendants. We write to request an extension of time to file the parties' joint status report from November 7, 2025, to November 14, 2025. The parties are continuing to confer on the discovery points addressed in ECF Doc. No. 180. Plaintiffs' counsel consents to this request.

    Thank you for your consideration.

Respectfully submitted,

SOKOLOFF STERN LLP

*/s/ Marissa*

LEO DORFMAN
MARISSA EMBOLA

cc: All counsel of record via ECF

The parties' request is **GRANTED**. The deadline to submit the joint status letter is extended to Friday, **November 14, 2025**.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 11/10/2025

LONG ISLAND ▪ HUDSON VALLEY