

**SOKOLOFF STERN LLP**

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

LEO DORFMAN
LDORFMAN@SOKOLOFFSTERN.COM

# MEMO ENDORSED

November 19, 2025

*Defendants' request is **GRANTED**. The telephonic discovery conference is hereby rescheduled to **December 3, 2025**, at **10:30 a.m.** The parties are to dial in to the Cisco Webex conference line at 855-244-8681, enter Meeting ID # 2310 527 2044, and then # to enter the conference. The Clerk of Court is kindly requested to close out the gavel on ECF No. 192.*

**By ECF**
Hon. Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 11/20/2025

Re:     *Ortiz et al. v. Orange County,*
         23-CV-2802 (VLB)(VR)

Your Honor:

We represent the Orange County Defendants ("Defendants"). We write to request a brief adjournment of the discovery conference currently scheduled for Monday, November 24, 2025, to the week of December 1, 2025. Defendants' counsel will be out of the country on November 24th and November 25th and will have very limited availability during that week. Plaintiffs' counsel does not object to this adjournment request.

Thank you for your consideration.

Respectfully submitted,

SOKOLOFF STERN LLP

LEO DORFMAN
MARISSA EMBOLA

cc: All counsel of record via ECF

LONG ISLAND    ▪    HUDSON VALLEY