NYCLU
ACLU of New York

New York Civil Liberties Union
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300
www.nyclu.org

October 23, 2026

MEMO ENDORSED

**Via ECF**

Honorable Victoria Reznik
United States Magistrate Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Ortiz, et al., v. Orange Cty., et al.*, No. 23-cv-2802 (VLB) (VR) – Letter-Motion to Adjourn L.R. 37.2 Conference

Hon. Judge Reznik,

Plaintiffs Denny Molina Cantor, Lucas Palacios Alvarado, Jeremias Lopez Lopez, Elmer Moscoso Guerra, and Luis Gonzalez Carbajal ("Plaintiffs"), by and through their undersigned counsel, respectfully submit this letter-motion requesting an adjournment of the L.R. 37.2 conference currently scheduled for November 5, 2026 at 11:15 AM.

Plaintiffs' counsel is set to be out of office for a pre-existing commitment. Plaintiffs' counsel has conferred with the County Defendants, who have no objection to reschedule this conference. The parties are available the following week on November 10 or 11 to reschedule.

Respectfully submitted,

*/s/ M. Porter*
*One of Plaintiffs' Attorneys*

M. Porter
Perry Grossman
Elizabeth Gyori
NEW YORK CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 19th Floor
New York, N.Y. 10004
(212) 607-3300
mporter@nyclu.org

Samah Sisay
Astha Sharma Pokharel
Baher Azmy
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, N.Y. 10007
(212) 614-6484
ssisay@ccrjustice.org

Caitlin J. Sandley*
Jessica Vosburgh*
CENTER FOR CONSTITUTIONAL RIGHTS
P.O. Box 486
Birmingham, A.L. 35201
(212) 614-6443
csandley@ccrjustice.org

*Admitted Pro Hac Vice*

Anne Venhuizen
THE BRONX DEFENDERS
360 E 161st Street
Bronx, N.Y. 10451
(718) 838-7878
annev@bronxdefenders.org

Plaintiff's request is GRANTED. The status conference previously scheduled for November 5, 2026 at 11:15 am, before the Hon. Victoria Reznik, U.S.M.J., has been rescheduled for November 10, 2026 at 2:30 pm. The parties are to dial in to the Cisco Webex conference line at 855-244-8681, enter meeting ID #2310 527 2044 and then # to enter the conference.

The Clerk of Court is respectfully requested to close the gavel on ECF No. 232.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 10/23/2026